

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 12CR4235-LAB |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 8, U.S.C., Sec. 1326(a) and (b) -Removed Alien Found in the United States (Felony) |
| CARLOS DOMINGUEZ-MAROYOQUI, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about September 20, 2012, within the Southern District of California, defendant CARLOS DOMINGUEZ-MAROYOQUI, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//

//

JLS:pcf:San Diego
10/1/12

1 It is further alleged that defendant was removed from the
2 United States subsequent to July 14, 2004.
3 DATED: 10/15/12 .

LAURA E. DUFFY
United States Attorney

JEFFREY L. SHIH
Assistant U.S. Attorney